**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTIAN OWENS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 24-5411** |
| | : | |
| **STEPHANIE PACOVSKY** | : | |

# ORDER

**AND NOW**, this 22nd day of November 2024, upon considering the Petition for habeas corpus (ECF 3), our Order granting Petitioner's application to proceed *in forma pauperis* and ordering briefing on an expedited basis given the represented release date (ECF 5), Respondents' Motion to dismiss the habeas petition (ECF 6), no opposition, finding no basis for a certificate of appealability, and for the reasons in today's accompanying Memorandum, it is **ORDERED** we: **GRANT** Respondents' Motion to dismiss (ECF 6) requiring we:

1. **DENY** and **DISMISS** the Petition (ECF 3);

2. **DENY** a certificate of appealability; and,

3. **DIRECT** the Clerk of Court **close** this case.

**KEARNEY, J.**